Generated: Nov 17, 2023 12:38PM                                                                                             Page 1/1



# U.S. District Court

### Ohio Southern - Cincinnati

Receipt Date: Nov 17, 2023 12:38PM

Douglas B Robinson

| Rcpt. No: 100002980 | Trans. Date: Nov 17, 2023 12:38PM | | Cashier ID: #BC |
|---|---|---|---|
| CD | Purpose Code | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender Type | Amt |
|---|---|---|
| CC | Credit Card | $402.00 |
| | Total Due Prior to Payment: | $402.00 |
| | Total Tendered: | $402.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

Comments: Filing Fee 1:23-cv-759

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.