IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| CHILDHOOD TRAUMA EMERGENCY GROUP, | : | Case No. 1:23-cv-759 |
| | : | |
| | : | Judge Matthew W. McFarland |
| Plaintiff, | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| v. | : | |
| | : | |
| CITY OF CINCINNATI, et al., | : | |
| | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 21)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 21), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety.

Accordingly, the Court **ORDERS** the following:

1. Plaintiff's Complaint (Doc. 1) is **STRICKEN** and the claims within are **DISMISSED WITHOUT PREJUDICE**;

2. Defendants City of Cincinnati and Cincinnati Police Department's Motion to Dismiss (Doc. 8) is **DENIED AS MOOT**;

3. Defendant Cincinnati Public Schools' Motion to Dismiss (Doc. 11) is **DENIED AS MOOT**;

4. Defendant Ohio Department of Education and Workforce's Motion to Dismiss (Doc. 14) is **DENIED AS MOOT**;

5. Plaintiff's Motion to Amend (Doc. 19) is **STRICKEN**; and

6. This case is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND

2