IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| CHILDHOOD TRAUMA EMERGENCY GROUP, | : : | Case No. 1:23-cv-759 |
| | : | Judge Matthew W. McFarland |
| Plaintiff, | : | |
| v. | : : | |
| CITY OF CINCINNATI, et al., | : : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

1. Plaintiff's Complaint (Doc. 1) is STRICKEN and the claims within are DISMISSED WITHOUT PREJUDICE;
2. Defendants City of Cincinnati and Cincinnati Police Department's Motion to Dismiss (Doc. 8) is DENIED AS MOOT;
3. Defendant Cincinnati Public Schools' Motion to Dismiss (Doc. 11) is DENIED AS MOOT;
4. Defendant Ohio Deparhnent of Education and Workforce's Motion to Dismiss (Doc. 14) is DENIED AS MOOT;
5. Plaintiff's Motion to Amend (Doc. 19) is STRICKEN; and
6. This case is TERMINATED from the Court's docket.

Dated: May 30, 2024.                                                                  Richard W. Nagel, Clerk of Court
                                                                                                   By: */s/ Kellie A. Fields*
                                                                                                         Deputy Clerk